# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TERRY,<br><br>                                 Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                                Defendant. | CASE NO. 07cv2252 BTM (WMC)<br><br>ORDER GRANTING IFP AND DENYING MOTION FOR APPOINTMENT OF COUNSEL |

      On November 28, 2007, Plaintiff filed the complaint in the above case. He simultaneously filed a motion to proceed in forma pauperis ("IFP Motion") and a motion for appointment of counsel.

      The Court has considered Plaintiff's declarations in support of his motion to proceed IFP under 28 U.S.C. § 1915 and his motion for appointment of counsel. According to his declarations, Plaintiff has been unemployed since January 2003, has no assets and is not receiving funds from any other source. Based on the above, the Court finds that Plaintiff has made a sufficient showing of inability to pay the filing fees and court costs. The Court GRANTS Plaintiff's motion to proceed IFP.

      Plaintiff also requests appointment of counsel pursuant to 42 U.S.C. § 2000e-5(f)(1) which allows district courts to appoint counsel in cases brought pursuant to the Civil Rights Act of 1964. In this action, Plaintiff is not bringing claims under the Civil Rights Act but rather appealing a denial of social security benefits. Even if Plaintiff were bringing a request

for appointment of counsel on other grounds, the Court finds that it would deny this request because the merits of the Plaintiff's case and Plaintiff's inability to prosecute his case is unclear at this point. Therefore, Plaintiff's Request for Appointment of Counsel is **DENIED** without prejudice.

Accordingly, **IT IS ORDERED THAT:**

(1) Plaintiff's motion to proceed in forma pauperis is **GRANTED**. Plaintiff is permitted to prosecute this action without being required to prepay fees or costs and without being required to post security.

(2) The Clerk of Court shall file Plaintiff's Complaint without prepayment of the filing fee.

(3) The United States Marshal shall serve a copy of the Complaint and this Order upon Defendant as directed by Plaintiff on U.S. Marshal form 285. All costs of service shall be advanced by the United States.

(4) Plaintiff shall serve upon Defendant, or, if appearance has been entered by counsel, upon Defendant's attorneys, a copy of every further pleading or other document submitted or filed for the Court's consideration. Plaintiff shall include with the original document to be filed with the Clerk of Court a certificate stating the manner in which a true and correct copy of such document was served on Defendant or Defendant's counsel and the date of service.

DATED: December 12, 2007

Honorable Barry Ted Moskowitz
United States District Judge